[No. 37852-0-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH W. THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-03913-4, Linda Lau, J., entered December 18, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 37784-1-I.    Division One.    May 27, 1997.]

MARTY J. STOVER, *Appellant*, v. SEATTLE ENTERPRISE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-17695-3, Jim Bates, J., entered November 3, 1995. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy, A.C.J., and Grosse, J.

[No. 38034-6-I.    Division One.    May 27, 1997.]

HELENA WATERSTRAAT, *Respondent*, v. AMERICAN DISCOUNT CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-23735-5, Liem E. Tuai, J., entered December 20, 1995. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid and Ellington, JJ.

[No. 38037-1-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS IBARRA-BUCANEGRA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07288-3, James A. Noe, J., entered January 19, 1996. *Affirmed* by unpublished per curiam opinion.